**En Banc Consideration Granted; Order, Concurrence, and Dissents to Order filed July 27, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-18-00967-CV

---

## WERNER ENTERPRISES, INC. AND SHIRAZ A. ALI, Appellants

## V.

## JENNIFER BLAKE, INDIVIDUALLY AND AS NEXT FRIEND FOR NATHAN BLAKE, AND AS HEIR OF THE ESTATE OF ZACHERY BLAKE, DECEASED; AND ELDRIDGE MOAK, IN HIS CAPACITY AS GUARDIAN OF THE ESTATE OF BRIANNA BLAKE, Appellees

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2015-36666**

---

# O R D E R

Upon its own motion, a majority of this court orders en banc consideration of this case.

En Banc Court consists of Chief Justice Christopher and Justices Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, Poissant, and Wilson. Chief Justice Christopher and Justices Wise, Jewell, and Wilson would not order en banc consideration of this

case in the first instance and would allow the panel to decide the case. Justice Hassan authored a concurrence to this Order. Chief Justice Christopher authored a Dissent to Order, in which Justices Wise, Jewell, and Wilson joined. Justice Wilson authored a Dissent to Order, in which Justice Wise joined and Chief Justice Christopher and Justice Jewell joined as to Parts I, II, III, and IV.

Publish — Tex. R. App. P. 41.1(a); 41.2(a).